In the Matter of HECHT BROADWAY CORPORATION, Appellant. BARNET ASHENFARB et al., Doing Business under the Name of AMERICAN MIRROR WORKS, et al., Respondents.

In the Matter of HECHT BROADWAY CORPORATION, Appellant. SAUL S. SCHLENOFF, Doing Business under the Name of S. S. JOBBING HOUSE, Respondent.

*Argued November 15, 1948; decided December 2, 1948.*

*William Gilligan* for appellant.

*Samuel Rochlin* for Barnet Ashenfarb and others, respondents.

*Maxwell Green* and *Abraham J. Drosnes* for Saul S. Schlenoff, respondent.

In each of the above-entitled proceedings, order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.